Cristian Rivera Vasquez
740 Gordon Street
Reading, PA  19601

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Cristian Rivera Vasquez<br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 22-10777-PMM |

## PRAECIPE

TO THE CLERK:

Kindly (re)schedule a Confirmation Hearing on April 27, 2023 at 10:00 A.M. in the above-captioned matter, with notice to debtor(s), counsel for debtor(s), standing chapter 13 trustee all creditors.

                    Respectfully Submitted

Date: March 14, 2023                    */s/ Scott F. Waterman*
                                             Scott F. Waterman, Esq.
                                             Standing Chapter 13 Trustee